# ORIGINAL TRANSCRIPT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAR 2 4 2006

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

PAIGE E. STEADMAN,
    Plaintiff,

vs.

SARA LEE BAKERY GROUP, INC.,
EARTHGRAINS BAKING COMPANIES,
BILLY MICHAEL RUSSELL and
LUMBERMENS MUTUAL
CASUALTY COMPANY,
    Defendants.

CIVIL ACTION
NO. 1:03-CV-2035-CAP

### DEPOSITION OF

### ARNOLD FRANK ADAMS, III, Ph.D.

October 18, 2005
2:41 p.m.

245 West Crogan Street
Lawrenceville, Georgia

Candace L. Payne, CCR-B-2317

**Alexander Gallo Associates, Inc.**
COURT REPORTING  VIDEO SERVICES
**TRIAL PRESENTATIONS**
ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

ATLANTA, GEORGIA    WASHINGTON, DC    CHICAGO, ILLINOIS    NEW YORK, NEW YORK

Telephone (404) 495-0777
Facsimile (404) 495-0766
Toll Free (877) 495-0777

Complimentary Conference Rooms
Throughout Georgia And
Major Cities Nationwide

500 The Candler Building
127 Peachtree Street
Atlanta, Georgia 30303

www.galloreporting.com